Jean Duffy, a Minor, by James Duffy, her Father and Next Friend, and Jean Duffy, Administrator of Estate of Bertha Brockway, Deceased, Plaintiffs-Appellants, v. Raymond Cortesi, Defendant-Appellee.

Gen. No. 10,642.

James A. Dooley, for appellants; Fuqua & Fuqua, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 15, 1953; rehearing denied June 30, 1953; released for publication June 30, 1953.